

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2015

No. 04-15-00005-CV

**IN THE ESTATE OF JACK HIROMI IKENAGA SR.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-4330
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

Appellees' brief is due on July 24, 2015. *See* TEX. R. APP. P. 38.6(b). On July 14, 2015, Appellees Jack Ikenaga, Jr., William D. Bailey, Temporary Administrator of the Estate of Jack Ikenaga Sr., Nancy Sumners, Christine Ikenaga, Patrick Gasiorowski, and Eric J. Goodman filed an unopposed first motion for a forty-five day extension of time to file their brief until September 8, 2015.

Appellees' motion is GRANTED. Appellees must file their brief with this court by September 8, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court